## THOMPSON v. STATE
### No. 22429.

Court of Criminal Appeals of Texas.

March 10, 1943.

Tom Davis, of Haskell, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was assessed a fine of $25 upon conviction of a charge of failing to stop and render aid.

The case is before us without bills of exception or statement of facts. The procedure appears to be regular.

The judgment of the trial court is affirmed.